LAWRENCE MNICH, Respondent, *v.* AMERICAN RADIATOR COMPANY, Appellant.

Argued October 13, 1942; decided November 25, 1942.

*Selby G. Smith* for appellant.

*Emil L. Cohen* and *George E. Phillies* for respondent.

Order affirmed, with costs. First question certified answered in the negative. Second question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.